# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN LLOYD LEE,<br><br>    Defendant. | Case No. 2:04-cr-00505-LDG<br>Case No. 2:14-cv-00028-LDG<br><br>**ORDER** |

   The defendant, Steven Lloyd Lee, moves under 28 U.S.C. §2255 to vacate, set aside, or correct sentence by a person in federal custody (#16).

   Having reviewed the motion, the Court has determined that it plainly appears from the motion and the record of prior proceedings that the defendant is not entitled to any relief.  The defendant was sentenced September 12, 2005, and placed the instant motion in the mail on January 2, 2014, more than eight years after this matter became final. Accordingly, the instant motion was filed well outside the one-year limitations period.  *See* 28 U.S.C. §2255(f).  The defendant's moving paper does not identify any reason warranting a determination that the limitations period began to run on same date after the judgment of conviction became final.  *Id*.

   Therefore, for good cause shown,

1  THE COURT **ORDERS** that the Defendant's Motion Under 28 U.S.C. §2255 to
2  Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (#16) is
3  DISMISSED;
4  THE COURT HEREBY **DENIES** a Certificate of Appealability for the above-stated
5  reason;
6  THE COURT FURTHER **ORDERS** that the Clerk of the Court shall serve a copy of
7  this Order on the Defendant.

9  DATED this ___8___ day of April, 2014.

_____
Lloyd D. George
United States District Judge